IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JEROME CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: 04-2749-B/P |
| | ) | |
| PETERBILT OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the court is plaintiff's Motion for Leave to File Amended Complaint filed April 14, 2005 (Dkt #20). For good cause shown, and the defendant having no opposition thereto, plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 17, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02749 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Jerome Clark
196 Pleasant Hill Road
Nesbit, MS 38651

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT