IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JEROME CLARK,

        Plaintiff,

vs.

        NO. 04-2749 B/P

PETERBILT OF MEMPHIS, INC.,

        Defendant.

## ~~(PROPOSED)~~ ORDER MODIFYING SCHEDULING ORDER

Upon the Motion to Extend the Discovery Deadline, Dispositive Motion Deadline, and Trial Date, and for good cause shown, the scheduling order in this cause is hereby modified as follows:

    Discovery Deadline: **February 28, 2006**

    Dispositive Motions: **March 30, 2006**

    Response to Dispositive Motions: **April 30, 2006**

The Court will send notices of a new trial date, pretrial order deadline, and pretrial conference deadline in this matter, if needed.

IT IS SO ORDERED.

United States Magistrate Judge

DATE: December 12, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-13-05

1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02749 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Jerome Clark
196 Pleasant Hill Road
Nesbit, MS 38651

Honorable Tu Pham
US DISTRICT COURT