IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JEROME CLARK,

        Plaintiff,

vs.                                          NO. 04-2749 B/P

PETERBILT OF MEMPHIS, INC.,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon Stipulation of Dismissal submitted by the parties, pursuant to FRCP 41(a), it is hereby,

ORDERED, ADJUDGED and DECREED that the complaint filed by the Plaintiff in this matter is dismissed with prejudice.

IT IS SO ORDERED.

Honorable ~~J. Daniel Breen~~ Tu M. Pham
~~District Court~~ Judge
Magistrate
DATE: December 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-22-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02749 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jerome Clark
196 Pleasant Hill Road
Nesbit, MS 38651

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Tu Pham
US DISTRICT COURT